IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**CEDRIC GREENE**                                                                                              **PLAINTIFF**

V.                              Case No. 3:26-cv-00035-JM

**INGLEWOOD ONE STOP**                                                                            **DEFENDANT**

**ORDER**

Plaintiff Cedric Greene filed a *pro se* complaint alleging claims pursuant to 42 U.S.C. § 1983 in this district. (Doc. 2). From the facts alleged and the defendant named, however, it appears that venue properly lies in the United States District Court for the Central District of California. 28 U.S.C. §1391(b). Accordingly, the Court finds that the interests of justice would best be served by transferring this case to the United States District Court for the Central District of California. 28 U.S.C. § 1406(a).

It is therefore ordered that the Clerk of the Court is directed to transfer immediately Mr. Greene's entire case file to the United States District Court for the Central District of California.

IT IS SO ORDERED this 21st day of January, 2026.

_____
UNITED STATES DISTRICT JUDGE